IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DORAN SKANES,

    Plaintiff,

v.

DAVID MAHONEY,

    Defendant.

ORDER

Case No. 18-cv-190-wmc

*Pro se* plaintiff Doran Skanes is proceeding on a claim against defendant Sheriff David Mahoney related to conditions at the Dane County Jail. On October 15, 2018, the court gave plaintiff until November 5, 2018, to file a response to defendants' motion for summary judgment and warned plaintiff that his case would be dismissed for failure to prosecute if he did not respond. (Dkt. #20.) While that order was initially returned to the court as undeliverable, on October 30, 2018, the clerk's office re-sent the order to plaintiff's most current address at FCI Manchester. Since that order has not been returned as undeliverable, the court can safely surmise that plaintiff has now received it and has had the opportunity to contact the court to seek an extension of the November 5 deadline. However, the court has still received nothing from plaintiff. Given that his November 5, 2018, is long since passed, the court is now dismissing this case with prejudice for plaintiff's failure to prosecute. *See James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005).

ORDER

IT IS ORDERED that plaintiff Doran Skanes's claim is DISMISSED WITH PREJUDICE for failure to prosecute. The clerk of court is directed to enter judgment in defendant's favor and close this case**.**

Entered this 27th day of November, 2018.

BY THE COURT:
/s/

_____
WILLIAM M. CONLEY
District Judge