IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DORAN SKANES,

    Plaintiff,

v.

DAVID MAHONEY,

    Defendant.

JUDGMENT IN A CIVIL CASE

18-cv-190-wmc

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case with prejudice.

| /s/ | 11/27/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |